Betty Jeanette CONLEY–JONES, Plaintiff/Respondent,

v.

Michael JONES, Defendant/Appellant.

No. ED 81555.

Missouri Court of Appeals, Eastern District, Division Three.

July 29, 2003.

Ellen Watkins, Robert Dennis, Clayton, MO, for appellant.

Richard D. Sabbert, St. Charles, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., and LAWRENCE E. MOONEY, JJ.

**ORDER**

PER CURIAM.

Husband, Michael Jones, appeals from the decree of dissolution of his marriage to wife, Betty Conley–Jones.

We have reviewed the record on appeal and find that the judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. The parties, however, have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed. Rule 84.16(b).